

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:           Ex parte Alan Nelson Crotts

Appellate case number:       01-21-00239-CR

Trial court case number:     13-CCR-165781

Trial court:                County Court at Law No. 3 of Fort Bend County

We abated this appeal and remanded the case to the trial court for the trial court to enter written findings of fact and conclusions of law and execute a certification of appellant's right to appeal in connection with the denial of appellant's second application for a writ of habeas corpus. The trial court clerk has filed supplemental clerk's records containing the trial court's written findings of fact and conclusions of law and a certification of appellant's right to appeal stating that appellant "has the right to appeal." Accordingly, we **REINSTATE** the case on the Court's active docket.

Prior to our abatement order, on June 7, 2021, appellant filed a Request to Proceed Without the Reporter's Record, stating that he had received this Court's notice, provided under Texas Rule of Appellate Procedure 37.3(c), and he "wishe[d] to proceed without the reporter's record." The motion is **GRANTED**. The Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief was filed on June 7, 2021. Appellee's brief is due **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 31.1(a), 38.6(b).

It is so ORDERED.

Judge's signature: ____/s Julie Countiss_____
             ☑ Acting individually    ☐ Acting for the Court

Date: August 19, 2021